# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION: | : |
| | : |
| ARTHUR DUMAS | : |
| | : |
| | : |
| | : C.A. No. 1:13-cv-00229-SLR-SRF |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| ABB GROUP, INC., et al., | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Michael C. Heyden, Jr., Esquire, of Hollstein Keating Cattell Johnson & Goldstein, P.C. on behalf of Velan Valve Corporation.

Respectfully submitted,

**HOLLSTEIN KEATING
CATTELL JOHNSON & GOLDSTEIN P.C.**

By: /s/   Michael C. Heyden, Jr.
Michael Heyden, Delaware Bar No. 5616
1201 N. Orange Street, Suite 730
Wilmington, Delaware 19801
(302) 884-6700
mheyden@hollsteinkeating.com
Attorney for Defendant
Velan Valve Corporation

Dated: March 7, 2013