IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION<br>ARTHUR DUMAS,<br><br>       Plaintiff,<br><br>       v.<br><br>ABB GROUP, INC., et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY

ORDERED that:

1.  Magistrate Judge Fallon's Report and Recommendation (D.I. 423) is ADOPTED;

2.  The defendants' Objections to the Report and Recommendation (D.I. 424, 425, 426, 436, 437) are OVERRULED;

3.  The defendants' motions for summary judgment as to Electrolux, ABB, Velan Valve, GE, CBS, Foster Wheeler, and Owens-Illinois (D.I. 349, 370, 356, 349, 362, 347, and 352) are GRANTED; .

4.  The defendants' motions for summary judgment as to Buffalo, Aurora, and IMO (D.I. 366, 363, 354, 368, 358) are DENIED;

5.  The defendants' motions for summary judgment as to Ingersoll Rand and Warren are GRANTED IN PART.

Dated: January 26, 2016

UNITED STATES DISTRICT JUDGE